IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Respondent | : | NO. 98-501 |
| | : | |
| v. | : | |
| | : | |
| MANUEL CRUZ, | : | CIVIL ACTION |
| Petitioner | : | NO. 09-2208 |

**ORDER**

AND NOW, this 14th day of October 2009, the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 52) is DISMISSED. The Court finds no ground upon which to issue a certificate of appeal.

The Clerk is directed to close this case.

BY THE COURT:

 s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J